IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 4:22-cr-141 |
| v. | INFORMATION |
| DANIEL SHAWN DeRYCKE, | 18 U.S.C. § 371 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
**(Conspiracy to Defraud the United States)**

### The Conspiracy

1. From at least on or about April 1, 2017, to at least on or about March 7, 2019, the exact dates unknown, in the Southern District of Iowa, the defendant, DANIEL SHAWN DeRYCKE, knowingly conspired and agreed with others, known and unknown, to defraud the United States by impeding, impairing, obstructing and defeating the lawful governmental functions of the Internal Revenue Service in the ascertainment, computation, assessment and collection of income taxes.

### Manner & Means

2. The manner and means by which the conspiracy was sought to be accomplished included, among other things, the following:

   A. Providing false and fictitious invoices for the use in preparation of income tax returns of M.H. and T.H.[1] for calendar year 2016.

---
[1] Identities known but redacted.

B. Exchanging checks with M.H. and T.H. so as to create the appearance of an expense for the use in preparation of income tax returns of M.H. and T.H. for calendar year 2018.

C. Accepting a backdated check for use in preparation of income tax returns of M.H. and T.H. for calendar year 2018.

**Overt Acts**

3. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Southern District of Iowa and elsewhere.

4. On a date after April 1, 2017, and by on or about April 17, 2017, the defendant, DANIEL SHAWN DeRYCKE, doing business as DeRycke's Crop Depot, knowingly issued a false invoice and sent it to M.H. and T.H. dated September 16, 2016, showing a fictional purchase of seed in the amount of $339,691.50.

5. On a date after April 1, 2017, and by on or about April 17, 2017, the defendant, DANIEL SHAWN DeRYCKE, doing business as DeRycke's Crop Depot, knowingly issued a false invoice and sent it to M.H. and T.H. dated October 14, 2016, showing a fictional purchase of fertilizer in the amount of $39,305.

6. On or about March 7, 2019, the defendant, DANIEL SHAWN DeRYCKE, doing business as DeRycke's Crop Depot, accepted a check from M.H. and T.H. for $168,220, dated December 20, 2018, purporting to be for a fictional feed and fertilizer purchase, knowing said check represented a false expense; and in

return DeRYCKE provided a fraudulent check to M.H. and T.H. in the same amount.

7. On or about March 7, 2019, the defendant, DANIEL SHAWN DeRYCKE, doing business as DeRycke's Crop Depot, accepted a check from M.H. and T.H. for $320,000, dated December 20, 2018, purporting to be for a fictional purchase of seed, knowing the check had been falsely backdated.

This is a violation of Title 18, United States Code, Section 371.

Richard D. Westphal
United States Attorney

By: _____
Debra L. Scorpiniti
Assistant United States Attorney